No. 89–1660. CASTIGLIA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 89–1674. CAROTA *v.* CELOTEX CORP. C. A. 1st Cir. Certiorari denied.

No. 89–1687. COMMUNICATIONS SATELLITE CORP. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 89–1688. GATES *v.* MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 89–1695. LAW ENGINEERING, INC. *v.* GEORGETOWN STEEL CORP. ET AL. C. A. 4th Cir. Certiorari denied.

No. 89–1702. MENNEN CO. ET AL. *v.* MARTIN. C. A. 3d Cir. Certiorari denied.

No. 89–1703. SNYDER *v.* LEWIS, SECRETARY OF THE COMMONWEALTH OF PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 89–1704. ILLINOIS HUMAN RIGHTS COMMISSION ET AL. *v.* BABCOCK & WILCOX CO. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 89–1712. NORTHWEST FOOD PROCESSORS ASSN. ET AL. *v.* REILLY, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY. C. A. 9th Cir. Certiorari denied.

No. 89–1730. FINK *v.* FINK. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 89–1739. U. S. GOLD & SILVER INVESTMENTS, INC. *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 89–1749. PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK ET AL. *v.* NATIONAL FUEL GAS SUPPLY CORP. C. A. 2d Cir. Certiorari denied.

No. 89–1764. MILLER *v.* PRUDENTIAL BACHE SECURITIES, INC., ET AL. C. A. 4th Cir. Certiorari denied.